55 A.3d 1052

PENNSYLVANIA LAWYERS FUND FOR
CLIENT SECURITY and Lori I Hoyt

v.

Joseph A. GEMBALA, III.

Pennsylvania Lawyers Fund for Client
Security and William Von Alt

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client Security
and Paul & Linda Groninga

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client
Security and Anna Boose

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client
Security and Scott M. Wisniewski

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client Security
and Daniel & Pamela Gillo

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client
Security and Thomas M. Daley

v.

Joseph A. Gembala, III.

Pennsylvania Lawyers Fund for Client
Security and Cindy Payne

v.

Joseph A. Gembala, III.

Petition of Joseph A. Gembala, III.

**No. 122 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 8, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Application for Extraordinary Relief is **DENIED.**

55 A.3d 1053

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stacey TORRANCE, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 8, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).